**UNITED STATES of America,**
**Appellee,**

v.

**Tremayne Edward JACKSON,**
**Appellant.**

**No. 99–4048.**

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 10, 2001.

Filed Jan. 23, 2001.

Before RICHARD S. ARNOLD, BRIGHT, and HANSEN, Circuit Judges.

PER CURIAM.

Tremayne E. Jackson pleaded guilty to bank robbery, in violation of 18 U.S.C. § 2 and 18 U.S.C. § 2113(a), (d), and to carrying and using a firearm during and in relation to the robbery, in violation of 18 U.S.C. § 2 and 18 U.S.C. § 924(c). The District Court[1] sentenced him to 248 months (20 years and 8 months) imprisonment and five years supervised release. On appeal, Jackson's counsel has filed a brief and has moved to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jackson has not filed a pro se supplemental brief, but he has moved to strike counsel's *Anders* brief and for appointment of new counsel.

Upon a thorough review of the record, we conclude Jackson knowingly and voluntarily waived his right to appeal his sentence in his plea agreement. See *United States v. Morrison,* 171 F.3d 567, 568 (8th Cir.1999); *United States v. Michelsen,* 141 F.3d 867, 871–72 (8th Cir.), *cert. denied,* 525 U.S. 942, 119 S.Ct. 363, 142 L.Ed.2d 299 (1998). Accordingly, we enforce the appeal waiver, dismiss the appeal, and grant counsel's motion to withdraw. We deny Jackson's motions to strike and for new counsel.

---

1. The Honorable D. Brook Bartlett, late a United States District Judge for the Western District of Missouri.